AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| EPIDEMIC SOUND, AB, | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:22-cv-4223 -LB |
| META PLATFORMS, INC. f/k/a FACEBOOK, INC., | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Meta Platforms, Inc. f/k/a Facebook, Inc.
c/o Corporation Service Company Which Will Do Business In California As
CSC - Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Ilene Farkas | Adam Cashman |
| M. Mona Simonian | Evan Budaj |
| (*pro hac vice applications forthcoming*) | Singer Cashman LLP |
| Pryor Cashman LLP | 505 Montgomery Street, Suite 1100 |
| 7 Times Square | San Francisco, CA 94111 |
| New York, NY 10036 | |

Attorneys for Plaintiff Epidemic Sound, AB

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: July 21, 2022

*CLERK OF COURT*
Mark B. Busby

*Cynthia J. Lenahan*

*Signature of Clerk or Deputy Clerk*