| Attorney or Party without Attorney:<br>ADAM S. CASHMAN, Bar #255063<br>SINGER CASHMAN, LLP<br>505 MONTGOMERY STREET, SUITE 1100<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-500-6080 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Attorney for: Plaintiff | | Ref. No. or File No.:<br>28443-001 | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court For The Northern District Of California | | | | | |
| Plaintiff: EPIDEMIC SOUNDS, AB | | | | | |
| Defendant: META PLATFORMS, INC.; ET AL | | | | | |
| PROOF OF SERVICE<br>MISC | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:22-CV-04223-LB | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL; EXHIBIT A; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; NOTICE OF ELECTRONIC FILING RE DKT 17; ORDER REASSIGNING CASE; CLERK'S NOTICE RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE; DISTRICT JUDGE JACQUELINE SCOTT CORLEY CASE INFO; CIVIL STANDING ORDER FOR DISTRICT JUDGE JACQUELINE SCOTT CORLEY; STANDING ORDER FOR ALL JUDGES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION

3. a. Party served:  META PLATFORMS, INC. F/K/A FACEBOOK, INC. C/O CSC LAWYERS
   b. Person served: NICOLE STAUSS, AUTHORIZED TO ACCEPT

4. Address where the party was served: 2710 GATEWAY OAKS DRIVE, STE. 150N
   SACRAMENTO, CA 95833

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Jul. 22, 2022 (2) at: 3:05PM

7. Person Who Served Papers:    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. CHRISTOPHER I. WHITCOMB
   b. A & A LEGAL SERVICE, Inc.
      880 MITTEN ROAD, SUITE 102
      BURLINGAME, CA 94010
   c. (650) 697-9431, FAX (650) 697-4640

   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:  2020-34
      (iii) County:   Sacramento

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Mon, Jul. 25, 2022

(CHRISTOPHER I. WHITCOMB)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
MISC

adcas.133573