ILENE S. FARKAS (*admitted pro hac vice*)
ifarkas@pryorcashman.com
M. MONA SIMONIAN (*admitted pro hac vice*)
msimonian@pryorcashman.com
**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036
Phone: (212) 421-4100
Fax: (212) 326-0806

ADAM S. CASHMAN (State Bar No. 255063)
acashman@singercashman.com
Evan Budaj (State Bar No. 271213)
ebudaj@singercashman.com
**SINGER CASHMAN LLP**
505 Montgomery Street, Suite 1100
San Francisco, California 94111
Phone: (415) 500-6080
Fax: (415) 500-6080

*Attorneys for Plaintiff*
EPIDEMIC SOUND, AB

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| EPIDEMIC SOUND, AB,<br><br>     Plaintiff,<br><br>     v.<br><br>META PLATFORMS, INC., f/k/a<br>FACEBOOK, INC.,<br><br>     Defendant. | Case No. 3:22-cv-04223-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE ON MOTION OF DEFENDANT META PLATFORMS, INC. TO DISMISS PLAINTIFF'S COMPLAINT OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT** |

Pursuant to Civil Local Rules 6-1(b) and 6-2, IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff Epidemic Sound, AB ("Plaintiff") and Defendant Meta Platforms, Inc. f/k/a Facebook, Inc. ("Defendant"), by and through their respective counsel of record, as follows:

1.   WHEREAS, on July 20, 2022, Plaintiff filed its Complaint (ECF No. 1);

2.   WHEREAS, on July 21, 2022, Defendant was served with the Complaint (ECF No. 20);

3.   WHEREAS, on September 26, 2022, Defendant filed a Motion To Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6), or, in the alternative, for an order requiring Plaintiff to provide a more definite statement pursuant to Fed. R. Civ. P. 12(e) (the "Motion to Dismiss") (ECF No. 29);

4.   WHEREAS, Defendant noticed the hearing date on the Motions to Dismiss for December 1, 2022 at 10:00 a.m., or as soon thereafter as the matter may be heard, in the above-captioned court;

5.   WHEREAS, pursuant to Civil L.R. 6-2(a)(1), to provide the Parties additional time to complete their briefing on Defendant's Motion to Dismiss, the Parties wish to enter into a briefing schedule on the Motion to Dismiss and have therefore agreed as follows, subject to the approval of the Court:

    a.   The deadline for Plaintiff to file its opposition to the Motion to Dismiss shall be on or before **November 1, 2022**;

    b.   The deadline for Defendant to file any reply in support of the Motion to Dismiss shall be on or before **November 17, 2022**;

8.   WHEREAS, pursuant to Civil L.R. 6-2(a)(2), there has been one previous time modification in this case: an extension of time for Defendant to respond to the Complaint (ECF No. 27);

9.   WHEREAS, pursuant to Civil L.R. 6-2(a)(3), if this Stipulation is granted, no other scheduled deadlines will be affected, and the Court will receive all motion, opposition, and reply

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East

papers in connection with the Motions to Dismiss fourteen (14) days in advance of the noticed hearing date;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff and Defendant, through their undersigned counsel of record, and subject to the approval of the Court, that Plaintiff shall have up to and including **November 1, 2022** to file an Opposition to the Motion to Dismiss, and Defendant shall have up to and including **November 17, 2022** to file a Reply in support of the Motion to Dismiss.

IT IS SO STIPULATED.


Dated: October 4, 2022                    PRYOR CASHMAN LLP

By: *s/ Ilene S. Farkas*

Ilene Farkas (*pro hac vice*)
ifarkas@pryorcashman.com
M. Mona Simonian  (*pro hac vice*)
msimonian@pryorcashman.com
7 Times Square
New York, NY 10036
Telephone: +1.212.421.4100

*Attorneys for Plaintiff Epidemic Sound, AB*


Dated: October 4, 2022                    SINGER CASHMAN LLP

By: *s/Adam S. Cashman*

Adam S. Cashman (Bar No. 255063)
acashman@singercashman.com
Evan Budaj (Bar No. 271213)
ebudaj@singercashman.com
505 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone: +1.415.500.6080
Facsimile: +1. 415.500.6080

*Attorneys for Plaintiff Epidemic Sound, AB*

//

//

- 2 -
STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS
CASE NO. 3:22-CV-4223-JSC

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East

1    Dated: October 4, 2022                    **LATHAM & WATKINS LLP**

2                                               By:    *s/ Joseph R. Wetzel*

3

4                                               Joseph R. Wetzel (Bar No. 238008)
                                                *joe.wetzel@lw.com*
5                                               Brittany N. Lovejoy (Bar No. 286813)
                                                *brittany.lovejoy@lw.com*
6                                               505 Montgomery Street, Suite 2000
                                                San Francisco, California 94111-6538
7                                               Telephone: +1.415.391.0600
                                                Facsimile: +1.415.395.8095
8
                                                Allison L. Stillman (*pro hac vice*)
9                                               *alli.stillman@lw.com*
                                                1271 Avenue of the Americas
10                                              New York, New York 10020
                                                Telephone: +1.212.906.1747
11                                              Facsimile: +1.212.751.4864

12                                              *Attorneys for Defendant Meta Platforms, Inc.*

13

14           **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

15

16   Date: _____          _____

17                                               Hon. Jacqueline Scott Corley
                                                 United States District Judge
18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO
DISMISS
CASE NO. 3:22-CV-4223-JSC

## <u>ATTESTATION REGARDING SIGNATURES</u>

I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Date: October 4, 2022

_____
/s/ Adam S. Cashman
Adam S. Cashman

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East