UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIDEMIC SOUND, AB,<br><br>           Plaintiff,<br><br>   v.<br><br>META PLATFORMS, INC.,<br><br>           Defendant. | Case No. 22-cv-04223-JSC<br><br>**PRETRIAL ORDER NO. 2** |

Following the further case management conference held on March 30, 2023, the Court orders as stated at the conference and set forth below.

1. The hearing on the competing motions for protective orders (Dkt. Nos. 59, 65) shall be heard on May 4, 2023 at 10:00 a.m. in person at Courtroom 8, 450 Golden Gate Avenue, San Francisco. The parties are encouraged to continue their protective order negotiations among themselves. Any stipulated protective order shall be submitted to the Court on or before April 7, 2023.

2. On or before April 6, 2023, the parties shall submit their ESI and Rule 502(d) stipulated orders.

3. Epidemic shall provide responses to Meta's Interrogatory No. 1 as to all 952 allegedly infringed tracks on or before April 13, 2023.

4. Meta shall produce the Audio Files and accompanying data for the 13 representative examples on or before April 13, 2023.

5. If Meta refuses to produce documents in response to a document request on the grounds the request seeks documents from an irrelevant time period, its written response to the document request must specify the documents it is not producing on

those grounds.

6. The Court will hold a further case management conference on April 27, 2023 at 1:30 p.m. via Zoom video.  An updated joint case management conference statement is due one week in advance.

**IT IS SO ORDERED.**

Dated: March 30, 2023

JACQUELINE SCOTT CORLEY
United States District Judge