UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIDEMIC SOUND, AB,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>META PLATFORMS, INC.,<br><br>　　　　Defendant. | Case No. 3:22-cv-04223-JSC<br><br>**PRETRIAL ORDER NO. 3: AMENDED CASE SCHEDULE** |

Following the Case Management Conference held on May 9, 2024, the Court orders as stated at the conference and set forth below:

1. The parties shall meet on June 5, 2024 at 9:30 a.m. in person at Courtroom 8, 450 Golden Gate Avenue, San Francisco in an attempt to resolve outstanding discovery disputes. The Court will meet with the parties as needed.

2. The Court ADOPTS the parties proposed case schedule (Dkt. No. 145 at 14) as set forth below:

| | |
|---|---|
| Document Discovery Substantial Completion: | September 30, 2024 |
| Document Discovery Cut-Off: | October 18, 2024 |
| Fact Discovery Cut-Off: | December 15, 2024 |
| Opening Expert Witness Disclosures and Reports (on issues where party bears the burden of proof): | January 31, 2025 |
| Rebuttal Expert Witness Reports: | February 28, 2025 |
| Expert Discovery Cut-Off: | March 28, 2025 |
| Deadline for Filing Dispositive Motions: | May 27, 2025 |
| Deadline for Dispositive Motion Replies: | June 10, 2025 |

| | | |
|---|---|---|
| Dispositive Motion Hearing: | | July 10, 2025 |
| Final Pretrial Conference: | | September 18, 2025 |
| Trial Date: | | October 6, 2025 |

**IT IS SO ORDERED.**

Dated: May 9, 2024

_____
JACQUELINE SCOTT CORLEY
United States District Judge