| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 |    Joseph R. Wetzel (SBN 238008)<br>   Brittany N. Lovejoy (SBN 286813) |
| 3 |    Ivana Dukanovic (SBN 312937)<br>   Peter Calello (SBN 341757) |

LATHAM & WATKINS LLP
   Joseph R. Wetzel (SBN 238008)
   Brittany N. Lovejoy (SBN 286813)
   Ivana Dukanovic (SBN 312937)
   Peter Calello (SBN 341757)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415.391.0600
Email: *Joe.Wetzel@lw.com*
      *Brittany.Lovejoy@lw.com*
      *Ivana.Dukanovic@lw.com*
      *Peter.Calello@lw.com*

LATHAM & WATKINS LLP
   Allison L. Stillman (*pro hac vice*)
1271 Avenue of the Americas
New York, New York 10020
Telephone: 212.906.1747
Email: *Alli.Stillman@lw.com*

*Attorneys for Defendant Meta Platforms, Inc.*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| EPIDEMIC SOUND, AB,<br><br>       Plaintiff,<br><br>  vs.<br><br>META PLATFORMS, INC., f/k/a FACEBOOK, INC.,<br><br>       Defendant. | CASE NO. 3:22-cv-04223-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO PRODUCE LICENSING AGREEMENTS**<br><br>The Honorable Jacqueline Scott Corley |

Pursuant to Civil Local Rules 6-1(b) and 6-2, IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff Epidemic Sound, AB ("Plaintiff") and Defendant Meta Platforms, Inc. f/k/a Facebook, Inc. ("Defendant"), by and through their respective counsel of Record (together, the "Parties"), as follows:

1. WHEREAS, on June 5, 2024, the Court held a case management conference during which the Parties met and conferred regarding and the Court heard certain discovery disputes (Dkt. No. 154);

2. WHEREAS, during that conference and hearing, the Court ordered Defendant to produce its licensing agreements with Sony Music Entertainment and Sony Music Publishing ("Sony"), Warner Music Group and Warner Chappell Music ("Warner"), Universal Music Group and Universal Music Publishing Group ("UMG"), BMG Rights Management (US) LLC ("BMG"), and Kobalt Music Group ("Kobalt") within thirty days of that conference (Dkt. No. 156 at 8:18–24);

3. WHEREAS, Sony, Warner, and UMG have requested additional time to consider whether to seek relief from the Court's order compelling Defendant's production of their license agreements, and thereby are requesting the Parties stipulate to extending the deadline by which Defendant must produce its licensing agreements with them;

4. WHEREAS, the Parties have agreed to stipulate to the requested extension such that Defendant has until August 30, 2024 to produce its agreements with Sony, Warner, UMG, BMG, and Kobalt, respectively, and Sony, Warner, UMG, BMG, and Kobalt shall be entitled, prior to production, to object to or seek to condition production of their license agreements with Defendant;

5. WHEREAS, Meta will not produce the ordered license agreements until the earlier of it receiving authorization to do so from the respective music partner or the stipulated deadline of August 30, 2024;

6. WHEREAS, pursuant to Civil L.R. 6-2(a)(2), there have been six other time modifications in this case:  (1) an extension of time for Defendant to respond to the Complaint (Dkt. No. 27), (2) an extension to the Parties' briefing schedule on Defendant's motion to dismiss

(Dkt. No. 34), (3) a 60-day continuance of the fact discovery cut-off (Dkt. No. 101 at 3), (4) an order temporarily vacating upcoming deadlines until the Court enters an amended case schedule (Dkt. No. 117), (5) an extension of time for Plaintiff to file its reply in support of its motion to strike (Dkt. No. 132), and (6) an order resetting the case schedule (Dkt. No. 151);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, through their respective undersigned counsel of record, and subject to the approval of the Court, that the deadline by which Defendant must produce its licensing agreements with Sony, Warner, UMG, BMG, and Kobalt shall be extended to August 30, 2024, and any objection by Sony, Warner, UMG, BMG, and Kobalt to such production must be filed before August 30, 2024.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: July 2, 2024

PRYOR CASHMAN LLP

*/s/ M. Mona Simonian*

Ilene S. Farkas (*pro hac vice*)
ifarkas@pryorcashman.com
M. Mona Simonian (*pro hac vice*)
msimonian@pryorcashman.com
Marion R. Harris (*pro hac vice*)
m.harris@pryorcashman.com
Brian M. Maida (*pro hac vice*)
bmaida@pryorcashman.com
7 Times Square
New York, New York 10036
Telephone: +1.212.421.4100

*Attorneys for Plaintiff Epidemic Sound, AB*

Dated: July 2, 2024

LATHAM & WATKINS LLP

*/s/ Brittany N. Lovejoy*

Joseph R. Wetzel (SBN 238008)
*Joe.Wetzel@lw.com*
Brittany N. Lovejoy (SBN 286813)
*Brittany.Lovejoy@lw.com*

|   |   |
|---|---|
| 1 | Ivana Dukanovic (SBN 312937) |
| 2 | *Ivana.Dukanovic@lw.com*<br>Peter Calello (SBN 341757) |
|   | *Peter.Calello@lw.com* |
| 3 | 505 Montgomery Street, Suite 2000<br>San Francisco, California  94111-6538 |
| 4 | Telephone:  415.391.0600 |
| 5 | Allison L. Stillman (*pro hac vice*) |
|   | *Alli.Stillman@lw.com* |
| 6 | 1271 Avenue of the Americas<br>New York, New York 10020 |
| 7 | Telephone:  212.906.1747 |
| 8 | *Attorneys for Defendant Meta Platforms, Inc.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:_____, 2024

_____
HON. JACQUELINE SCOTT CORLEY
U.S. District Court Judge

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  July 2, 2024

*/s/ Brittany N. Lovejoy*
Brittany N. Lovejoy
LATHAM & WATKINS LLP
*Attorney for Defendant Meta Platforms, Inc.*