AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern     District of     California

Epidemic Sound, AB

Plaintiff (s),

V.

Meta Platforms, Inc.

Defendant (s),

CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY

CASE NUMBER:  3:22-cv-04223

Notice is hereby given that, subject to approval by the court, __Epidemic Sound, AB__ substitutes
(Party (s) Name)

__Adam S. Cashman (BraunHagey & Borden LLP)__ , State Bar No. __255063__ as counsel of record in
(Name of New Attorney)

place of __Adam S. Cashman and Evan Budaj (Singer Cashman LLP)__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | BraunHagey & Borden LLP |
| Address: | 747 Front Street, 4th Floor, San Francisco, CA 94111 |
| Telephone: | (415) 599-0210       Facsimile  (415) 599-0210 |
| E-Mail (Optional): | cashman@braunhagey.com |

I consent to the above substitution.

Date:  7/26/2024

Tom Hoglund

*Tom Hoglund*
9583574D478D4BF...

(Signature of Party (s))

I consent to being substituted.

Date:  7/24/2024

Adam S. Cashman

*Adam Cashman*

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:  7/24/2024

*Adam Cashman*

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  _____

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]