Docusign Envelope ID: 40022698-98A4-450D-89B7-8135BCB2EA02

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Epidemic Sound, AB

                Plaintiff (s),

V.

Meta Platforms, Inc.

                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:22-cv-04223

Notice is hereby given that, subject to approval by the court, **Epidemic Sound, AB** (Party (s) Name) substitutes **Adam S. Cashman (BraunHagey & Borden LLP)** (Name of New Attorney), State Bar No. **255063** as counsel of record in place of **Adam S. Cashman and Evan Budaj (Singer Cashman LLP)** (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | BraunHagey & Borden LLP |
| Address: | 747 Front Street, 4th Floor, San Francisco, CA 94111 |
| Telephone: | (415) 599-0210      Facsimile (415) 599-0210 |
| E-Mail (Optional): | cashman@braunhagey.com |

I consent to the above substitution.

Date: 7/26/2024

Tom Hoglund

*/s/ Tom Hoglund/* (DocuSigned)

(Signature of Party (s))

I consent to being substituted.

Date: 7/24/2024

Adam S. Cashman

*/s/ Adam S. Cashman/*

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 7/24/2024

*/s/ Adam S. Cashman/*

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: July 26, 2024

**GRANTED**
*/s/ Jacqueline Scott Corley/*
Judge Jacqueline Scott Corley

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]