Docusign Envelope ID: FB1C25B9-B9A5-4EBA-85E0-0501A410B6E5

PRYOR CASHMAN LLP
  Ilene S. Farkas (*pro hac vice*)
  ifarkas@pryorcashman.com
  M. Mona Simonian (*pro hac vice*)
  msimonian@pryorcashman.com
  Marion R. Harris (*pro hac vice*)
  mharris@pryorcashman.com
  Brian M. Maida (*pro hac vice*)
  bmaida@pryorcashman.com
7 Times Square
New York, New York 10036
Phone: (212) 421-4100
Fax: (212) 326-0806

BRAUNHAGEY & BORDEN LLP
  Adam S. Cashman (State Bar No. 255063)
  cashman@braunhagey.com
747 Front Street, 4th Floor
San Francisco, California 94111
Phone: (415) 599-0210
Fax: (415) 599-0210

Attorneys for Plaintiff *Epidemic Sound, A.B.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EPIDEMIC SOUND, AB,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>META PLATFORMS, INC., f/k/a FACEBOOK, INC.,<br><br>　　　　　Defendant. | CASE NO. 3:22-cv-04223-JSC<br><br>**DECLARATION OF M. MONA SIMONIAN IN SUPPORT OF PLAINTIFF EPIDEMIC SOUND, AB'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER TO FILE UNDER SEAL NEWLY PRODUCED DOCUMENTS IN SUPPORT OF EPIDEMIC SOUND, AB'S SEPTEMBER 25, 2024 JOINT DISCOVERY DISPUTE CONCERNING RIGHTS MANAGER DATA**<br><br>The Honorable Jacqueline Scott Corley |

**DECLARATION OF M. MONA SIMONIAN**

I, M. Mona Simonian, declare as follows:

1. I am a partner at Pryor Cashman LLP, counsel of record to Plaintiff Epidemic Sound AB ("Epidemic"). I am admitted to practice law in this Court *pro hac vice*. I have personal knowledge of the facts set forth below, and if called upon to do so, could and would competently testify thereto.

2. I submit this declaration in accordance with Local Rule 7-11(a) and Local Rule 79-5(f) in support of Epidemic's Administrative Motion to File Under Seal certain newly-produced evidence which further supports Epidemic's position set forth in the September 25, 2024 Joint Discovery Dispute concerning Defendant Meta Platform Inc.'s refusal to produce the requested Rights Manager data export (the "Joint Dispute"). Meta has designated this evidence, attached hereto as **Exhibit 1**, as "Confidential" under the Protective Order in this action (Dkt. 74).

3. I further submit this declaration to supplement the evidence in support of Epidemic's portion of the Joint Dispute with the documents attached as Exhibit 1. These documents, Bates stamped META-EPDMS_00188110-12 and 00188113, which Meta produced on September 30, 2024, five days after submission of the Joint Dispute, directly support Epidemic's position in the Joint Dispute and its efforts to seek an export of Epidemic's Rights Manager Account for the relevant time period. Epidemic first requested this export in January 2023 and Meta has refused to produce the export.

4. Exhibit 1 hereto consists of an ██████████████████████ ██████████████████████████████████████████████████. (Ex. 1 at META-EPDMS_00188110-12.) In connection with the correspondence therein, ██████████ ██████████████████████████████████████████████████. (Ex. 1 at META-EPDMS_00188113.) ██████████████████████████████████████████.

5. This email chain and attachment, which Meta produced on the last day for substantial completion of its document production and which was not disclosed to Epidemic at the time the Joint Dispute was submitted, demonstrates that Meta has the ability to export the specific Rights Manager Account data Epidemic has been requesting since January 2023, and can do so

without burden.  As Exhibit 1 demonstrates, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ in the very same month that Epidemic first requested it almost two years ago.

  6. Accordingly, Epidemic respectfully submits the attached Exhibit 1 as further evidence in support of its position set forth in the Joint Dispute.

  I declare under penalty of perjury that the foregoing is true and correct.

  Executed on October 2, 2024, at New York, New York.

*Signed by:*
*Mona Simonian*
M. Mona Simonian

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Date: October 2, 2024

*/s/ Adam S. Cashman*
Adam S. Cashman