LATHAM & WATKINS LLP
   Joseph R. Wetzel (SBN 238008)
   Brittany N. Lovejoy (SBN 286813)
   Ivana Dukanovic (SBN 312937)
   Peter Calello (SBN 341757)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415.391.0600
Email: *Joe.Wetzel@lw.com*
      *Brittany.Lovejoy@lw.com*
      *Ivana.Dukanovic@lw.com*
      *Peter.Calello@lw.com*

LATHAM & WATKINS LLP
   Allison L. Stillman (*pro hac vice*)
1271 Avenue of the Americas
New York, New York 10020
Telephone: 212.906.1747
Email: *Alli.Stillman@lw.com*

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| EPIDEMIC SOUND, AB,<br><br>          Plaintiff,<br><br>vs.<br><br>META PLATFORMS, INC., f/k/a FACEBOOK, INC.,<br><br>          Defendants. | CASE NO. 3:22-cv-04223-JSC<br><br>**MOTION FOR ADMINISTRATIVE LEAVE TO FILE AN ADDITIONAL STATEMENT IN SUPPORT OF META'S PORTION OF THE JOINT STATEMENT RE DISCOVERY DISPUTE - RIGHTS MANAGER DATA. (DKT. NO. 170)**<br><br>The Honorable Jacqueline Scott Corley |

Pursuant to Civil Local Rule 7-11, Defendant Meta Platforms, Inc. ("Meta"), respectfully requests leave to submit an additional statement in support of Meta's portion of the Joint Discovery Dispute Statement Re Discovery Dispute - Rights Manager Data, attached hereto as Exhibit A to the Lovejoy Declaration.

On October 1, 2024, Plaintiff Epidemic Sound, AB ("Epidemic") filed an Administrative Motion to Consider Whether to File Under Seal Newly Produced Documents (Dkt. No. 173) submitting additional argument and evidence in support of the parties' fully briefed discovery dispute (Dkt. No. 170). Epidemic provided no notice to Meta and did not seek leave of the Court before making its supplemental submission. Under Local Rule 7-11, Meta Platforms, Inc. respectfully requests leave to submit the attached brief response for purposes of a clear record.

Dated: October 7, 2024

/s/ Brittany N. Lovejoy
Brittany N. Lovejoy
LATHAM & WATKINS LLP
*Attorney for Defendant Meta Platforms, Inc.*