UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIDEMIC SOUND, AB,<br><br>    Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>    Defendant. | Case No. 22-cv-04223-JSC<br><br>**PRETRIAL ORDER NO. 4: FURTHER AMENDED CASE SCHEDULE** |

Following the further case management conference held on October 16, 2024, the Court amends the pretrial schedule as follows:

| | |
|---|---|
| Document Discovery Deadline for all documents requested before September 2024: | October 18, 2024 |
| Meet & Confer Deadline for the September 2024 document requests: | October 25, 2024 |
| Document Discovery Deadline for the September 2024 document requests: | November 8, 2024 |
| Exchange of all privilege and redaction logs for all withheld documents: | November 17, 2024 |
| Meet & Confer deadline for all deficiencies in productions and privilege and redaction logs: | November 26, 2024 |

A further in-person Case Management Conference is scheduled for December 12, 2024 at 10:00 a.m. in Courtroom 8, 19th Floor, U.S. District Court, 450 Golden Gate, San Francisco, California. By December 10, 2024, the parties must file a Joint Case Management Conference Statement that includes the depositions the parties have scheduled for 2025. At the parties'

request, Defendant is granted an additional 30 days to produce the licensing agreements.

**IT IS SO ORDERED.**

Dated: October 16, 2024

_____
JACQUELINE SCOTT CORLEY
United States District Judge