PRYOR CASHMAN LLP
  Ilene S. Farkas (*pro hac vice*)
  *ifarkas@pryorcashman.com*
  M. Mona Simonian (*pro hac vice*)
  *msimonian@pryorcashman.com*
  Marion R. Harris (*pro hac vice*)
  *mharris@pryorcashman.com*
  Brian M. Maida (*pro hac vice*)
  *bmaida@pryorcashman.com*
7 Times Square
New York, New York 10036
Phone: (212) 421-4100
Fax: (212) 326-0806

BRAUNHAGEY & BORDEN LLP
  Adam S. Cashman (State Bar No. 255063)
  *cashman@braunhagey.com*
747 Front Street, 4th Floor
San Francisco, California 94111
Phone: (415) 599-0210
Fax: (415) 599-0210

Attorneys for Plaintiff *Epidemic Sound, A.B.*

LATHAM & WATKINS LLP
  Joseph R. Wetzel (SBN 238008)
  Brittany N. Lovejoy (SBN 286813)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415.391.0600
Email:  *Joe.Wetzel@lw.com*
        *Brittany.Lovejoy@lw.com*

LATHAM & WATKINS LLP
  Allison L. Stillman (*pro hac vice*)
1271 Avenue of the Americas
New York, New York 10020
Telephone: 212.906.1747
Email:  *Alli.Stillman@lw.com*

LATHAM & WATKINS LLP
  Sarang V. Damle (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: 202.637.2200
Email:  *sy.damle@lw.com*

Attorneys for Defendant Meta Platforms, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EPIDEMIC SOUND, AB,<br><br>Plaintiff,<br><br>vs.<br><br>META PLATFORMS, INC., f/k/a FACEBOOK, INC.,<br><br>Defendant. | CASE NO. 3:22-cv-04223-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING CASE SCHEDULE**<br><br>The Honorable Jacqueline Scott Corley |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
AMENDING CASE SCHEDULE
CASE NO. 3:22-CV-04223-JSC

Pursuant to Civil Local Rules 6-1(b) and 6-2, IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff Epidemic Sound, AB ("Plaintiff") and Defendant Meta Platforms, Inc. f/k/a Facebook, Inc. ("Defendant"), by and through their respective counsel of Record (together, the "Parties"), as follows:

1. WHEREAS, on January 28, 2025, the Court set the Trial Date for January 21, 2026, and instructed the parties to meet and confer and propose amendments to the case schedule setting the remaining deadlines in the case;

2. WHEREAS, on January 28, 2025, the Court granted the Parties' stipulation regarding the amended case schedule (Dkt. No. 225);

3. WHEREAS, on April 1, 2025, the Court granted the Parties' stipulation extending the fact deposition deadline to allow certain depositions to be conducted (Dkt. No. 265);

4. WHEREAS, on May 13, 2025, the Court granted the Parties' stipulation regarding the amended case schedule (Dkt. No. 273);

5. WHEREAS, on August 4, 2025, the Court granted the Parties' stipulation extending the expert discovery cut-off (Dkt. No. 283);

6. WHEREAS, pursuant to Civil L.R. 6-2(a)(2), there have been 28 other time modifications in this case: (1) an extension of time for Defendant to respond to the Complaint (Dkt. No. 27), (2) an extension to the Parties' briefing schedule on Defendant's motion to dismiss (Dkt. No. 34), (3) a 60-day continuance of the fact discovery cut-off (Dkt. No. 101 at 3), (4) an order temporarily vacating upcoming deadlines until the Court enters an amended case schedule (Dkt. No. 117), (5) an extension of time for Plaintiff to file its reply in support of its motion to strike (Dkt. No. 132), (6) an order resetting the case schedule (Dkt. No. 151), (7) an extension of time for Defendant to produce its music partners' license agreements until August 30, 2024 (Dkt. No. 159), (8) a 6-day continuance of a Case Management Conference (Dkt. No. 160), (9) an order resetting a Case Management Conference from October 3, 2024, to October 17, 2024 (Dkt. No. 165), (10) a further extension of time for Defendant to produce its music partners' license agreements until September 30, 2024 (Dkt. No. 169), (11) a further extension of time for Defendant to produce its music partners' license agreements until October 18, 2024 (Dkt. No. 172), (12) a 1-

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION AND [PROPOSED] ORDER
AMENDING CASE SCHEDULE
CASE NO. 3:22-CV-04223-JSC

day advancement of a Case Management Conference (Dkt. No. 175), (13) an order amending the case schedule (Dkt. No. 181), (14) a further extension of time for Defendant to produce its music partners' license agreements until November 17, 2024 (Dkt. No. 184 at 8:17–9:12), (15) a 7-day continuance of a Case Management Conference from December 12, 2024, to December 19, 2024 (Dkt. No. 185), (16) a further extension of time for Defendant to produce its music partners' license agreements until November 22, 2024 and for the parties to exchange and confer regarding privilege logs (Dkt. No. 187), (17) a continuance of the hearing on Plaintiff's Motion to Compel the Production of an Export of its Rights Manager Account and for Reconsideration of the Court's October 10, 2024 Order from December 26, 2024 to January 9, 2025 (Dkt. No. 190), (18) a further extension of time for Defendant to produce its music partners' license agreements until December 6, 2024 (Dkt. No. 192), (19) a further extension of time for Defendant to produce its music partners' license agreements until February 12, 2025 (Dkt. No. 199), (20) a continuance of a Case Management Conference from December 19, 2024 to January 28, 2025 (Dkt. Nos. 205, 206), (21) an advancement of the hearing on Plaintiff's Motion to Compel the Production of an Export of its Rights Manager Account and for Reconsideration of the Court's October 10, 2024 Order and Plaintiff's Motion for Leave to File Motion for Reconsideration and to Compel Production from January 30, 2025 to January 28, 2025 (*id.*), (22) an order amending the case schedule pursuant to the parties' stipulation (Dkt. No. 225), (23) a further extension of time for Defendant to produce its music partners' license agreements until March 25, 2025 (Dkt. No. 230), (24) a further extension of time for Defendant to produce its music partners' license agreements until April 24, 2025 (Dkt. No. 259), (25) an order extending the fact deposition deadline to May 12, 2025 (Dkt. No. 265), (26), an order amending the case schedule pursuant to the parties' stipulation (Dkt. No. 273), (27) a further extension of time for Defendant to produce its music partners' license agreements until May 28, 2025 (Dkt. No. 274), and (28) an order amending the case schedule pursuant to the parties' stipulation (Dkt. No. 316); and

7.  WHEREAS on August 28, 2025, the Court issued its Order granting in part Defendant's motion to stay the case pending the U.S. Supreme Court's decision in *Cox*

1  *Communications, Inc. v. Sony Music Entertainment*, and vacating the trial date in this matter. (Dkt.
2  No. 311.) Thus, the requested amendment will not impact any further deadlines.
3         NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the
4  Parties, through their respective undersigned counsel of record, and subject to the approval of the
5  Court, that the Current Deadlines in the case schedule shall be amended to the Amended Deadlines
6  as follows:

| Deadline | Current Deadline | Amended Deadline |
|---|---|---|
| Deadline for Filing Dispositive Motions | October 16, 2025 | November 19, 2025 |
| Deadline for Filing Dispositive Motion Oppositions | November 20, 2025 | December 19, 2025 |
| Deadline for Filing Dispositive Motion Replies | December 18, 2025 | January 22, 2026 |
| Dispositive Motions Hearing | January 15, 2026 | February 26, 2026 |

**IT IS SO STIPULATED.**

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION AND [PROPOSED] ORDER
AMENDING CASE SCHEDULE
CASE NO. 3:22-CV-04223-JSC

Respectfully submitted,

Dated: October 3, 2025

PRYOR CASHMAN LLP

*/s/ Ilene S. Farkas*
Ilene S. Farkas (*pro hac vice*)
ifarkas@pryorcashman.com
M. Mona Simonian (*pro hac vice*)
msimonian@pryorcashman.com
Marion R. Harris (*pro hac vice*)
m.harris@pryorcashman.com
Brian M. Maida (*pro hac vice*)
bmaida@pryorcashman.com
7 Times Square
New York, New York 10036
Telephone: +1.212.421.4100

*Attorneys for Plaintiff Epidemic Sound, AB*

Dated: October 3, 2025

LATHAM & WATKINS LLP

*/s/ Allison L. Stillman*
Joseph R. Wetzel
Allison L. Stillman
Brittany N. Lovejoy
Sarang V. Damle

*Attorneys for Defendant Meta Platforms, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2025

_____
HON. JACQUELINE SCOTT CORLEY
U.S. District Court Judge

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIPULATION AND [PROPOSED] ORDER
AMENDING CASE SCHEDULE
CASE NO. 3:22-CV-04223-JSC

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 3, 2025

/s/ *Brian M. Maida*
Brian M. Maida

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

STIPULATION AND [PROPOSED] ORDER
AMENDING CASE SCHEDULE
CASE NO. 3:22-CV-04223-JSC