| | |
|---|---|
| PRYOR CASHMAN LLP<br>  Ilene S. Farkas (*pro hac vice*)<br>  *ifarkas@pryorcashman.com*<br>  M. Mona Simonian (*pro hac vice*)<br>  *msimonian@pryorcashman.com*<br>  Marion R. Harris (*pro hac vice*)<br>  *mharris@pryorcashman.com*<br>  Brian M. Maida (*pro hac vice*)<br>  *bmaida@pryorcashman.com*<br>7 Times Square<br>New York, New York 10036<br>Phone: (212) 421-4100<br>Fax: (212) 326-0806<br><br>BRAUNHAGEY & BORDEN LLP<br>  Adam S. Cashman (State Bar No. 255063)<br>  *cashman@braunhagey.com*<br>747 Front Street, 4th Floor<br>San Francisco, California 94111<br>Phone: (415) 599-0210<br>Fax: (415) 599-0210<br><br>*Attorneys for Plaintiff Epidemic Sound, AB* | LATHAM & WATKINS LLP<br>  Joseph R. Wetzel (SBN 238008)<br>  Brittany N. Lovejoy (SBN 286813)<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111-6538<br>Telephone: 415.391.0600<br>Email: *Joe.Wetzel@lw.com*<br>  *Brittany.Lovejoy@lw.com*<br>  *Ivana.Dukanovic@lw.com*<br>  *Peter.Calello@lw.com*<br><br>LATHAM & WATKINS LLP<br>  Allison L. Stillman (*pro hac vice*)<br>1271 Avenue of the Americas<br>New York, New York 10020<br>Telephone: 212.906.1747<br>Email: *Alli.Stillman@lw.com*<br><br>LATHAM & WATKINS LLP<br>  Sarang V. Damle (*pro hac vice*)<br>  Brent T.F. Murphy (*pro hac vice*)<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004<br>Telephone: 202.637.2200<br>Email: *Sy.Damle@lw.com*<br>  *Brent.Murphy@lw.com*<br><br>*Attorneys for Defendant Meta Platforms, Inc.* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| EPIDEMIC SOUND, AB,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>META PLATFORMS, INC., f/k/a FACEBOOK, INC.,<br><br>　　　　Defendant. | CASE NO. 3:22-cv-04223-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING CASE SCHEDULE**<br><br>The Honorable Jacqueline Scott Corley |

Pursuant to Civil Local Rules 6-1(b) and 6-2, IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff Epidemic Sound, AB ("Plaintiff") and Defendant Meta Platforms, Inc. f/k/a Facebook, Inc. ("Defendant"), by and through their respective counsel of Record (together, the "Parties"), as follows:

1. WHEREAS, on January 28, 2025, the Court set the Trial Date for January 21, 2026, and instructed the Parties to meet and confer and propose amendments to the case schedule setting the remaining deadlines in the case;

2. WHEREAS, on January 28, 2025, the Court granted the Parties' stipulation regarding the amended case schedule (Dkt. No. 225);

3. WHEREAS, on April 1, 2025, the Court granted the Parties' stipulation extending the fact deposition deadline to allow certain depositions to be conducted (Dkt. No. 265);

4. WHEREAS, on May 13, 2025, the Court granted the Parties' stipulation regarding the amended case schedule (Dkt. No. 273);

5. WHEREAS, on August 4, 2025, the Court granted the Parties' stipulation extending the expert discovery cut-off (Dkt. No. 283);

6. WHEREAS, on August 28, 2025, the Court vacated the Trial Date for this case, pending the Supreme Court decision in *Cox Communications, Inc. v. Sony Music Entertainment* (Dkt. No. 311);

7. WHEREAS, on September 9, 2025, the Court granted the Parties' stipulation regarding the amended case schedule (Dkt. 316);

8. WHEREAS, on October 3, 2025, the Court granted the Parties' stipulation adjourning the briefing schedule and hearing date on Epidemic's Motion for Leave to Reopen Fact Discovery (Dkt. No. 322);

9. WHEREAS, on October 7, 2025 the Court granted the Parties' stipulation regarding the amended case schedule; and

10. WHEREAS, pursuant to Civil L.R. 6-2(a)(2), there have been 24 other time modifications in this case: (1) an extension for time for Defendant to respond to the Complaint (Dkt. No. 27), (2) an extension to the Parties' briefing schedule on Defendant's motion to dismiss

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND [PROPOSED] ORDER
AMENDING CASE SCHEDULE
CASE NO. 3:22-CV-04223-JSC

(Dkt. No. 34); (3) a 60-day continuance of the fact discovery cut-off (Dkt. No. 101 at 3); (4) an order temporarily vacating upcoming deadlines until the Court enters an amended case schedule (Dkt. No. 117); (5) an extension of time for Plaintiff to file its reply in support of its motion to strike (Dkt. No. 132); (6) an order resetting the case schedule (Dkt. No. 151); (7) an extension of time for Defendant to produce its music partners' license agreements until August 30, 2024 (Dkt. No. 159); (8) a continuance of a Case Management Conference (Dkt. No. 160); (9) an order resetting a Case Management Conference from October 3, 2024 to October 17, 2024 (Dkt. No. 165); (10) a further extension of time for Defendant to produce its music partners' license agreements until September 30, 2024 (Dkt. No. 169); (11) a further extension of time for Defendant to produce its music partners' license agreements until October 18, 2024 (Dkt. No. 172); (12) a 1-day advancement of a Case Management Conference (Dkt. No. 175); (13) an order amending the case schedule (Dkt. No. 181); (14) a further extension of time for Defendant to produce its music partners' license agreements until November 17, 2024 (Dkt. No. 184 at 8:17-9:12); (15) a 7-day continuance of a Case Management Conference from December 12, 2024 to December 19, 2024 (Dkt. No. 185); (16) a further extension of time for Defendant to produce its music partners' license agreements until November 22, 2024 and for the Parties to exchange and confer regarding privilege logs (Dkt. No. 187); (17) a continuance on the hearing of Plaintiff's Motion to Compel the Production of an Export of its Rights Manager Account and for Reconsideration of the Court's October 10, 2024 Order from December 26, 2024 to January 9, 2025 (Dkt. No. 190); (18) a further extension of time for Defendant to produce its music partners' license agreements until February 12, 2025 (Dkt. No. 199); (20) a continuance of a Case Management Conference from December 19, 2024 to January 28, 2025 (Dkt. Nos. 205, 206); (21) an advancement of the hearing on Plaintiff's Motion to Compel the Production of an Export of its Rights Manager Account and for Reconsideration of the Court's October 10, 2024 Order and Plaintiff's Motion for Leave to File Motion for Reconsideration and to Compel Production from January 30, 2025 to January 28, 2025 (*id.*); (22) a further extension of time for Defendant to produce its music partners' license agreements until March 25, 2025 (Dkt. No. 230); (23) a further extension of time for Defendant to produce its music partners' license agreements until April 24, 2025 (Dkt. No. 259); and (24) a

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION AND [PROPOSED] ORDER
AMENDING CASE SCHEDULE
CASE NO. 3:22-CV-04223-JSC

further extension of time for Defendant to produce its music partners' license agreements until May 28, 2025 (Dkt. 274).

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff and Defendant, through their undersigned counsel of record, and subject to the approval of the Court, that the current deadlines in the case schedule shall be amended to the Amended Deadlines as follows:

| Motion/Hearing | Current Deadline | Amended Deadline |
| --- | --- | --- |
| Epidemic's Reply ISO Motion To Strike Second Supplemental Fink Report | November 26, 2025 | December 3, 2025 |
| Epidemic's Opposition to Meta's *Daubert* Motions to Exclude Expert Testimony of Sharp and Geluso | December 3, 2025 | December 12, 2025 |
| Meta's Opposition to Mot. for Sanctions | December 3, 2025 | December 12, 2025 |
| Oppositions to Dispositive Motions | December 19, 2025 | December 19, 2025 |
| Meta's Replies ISO *Daubert* Motions to Exclude Expert Testimony of Sharp and Geluso | December 10, 2025 | January 15, 2026 |
| Epidemic's Reply ISO Motion for Sanctions | December 10, 2025 | January 15, 2026 |
| Replies to Dispositive Motions | January 22, 2026 | January 26, 2026 |
| Responses to All Admin. Sealing Motions Filed in Connection with Dispositive, *Daubert*, and Sanctions Motions and Oppositions | 7 days after filing | February 2, 2026 |
| Responses to All Admin. Sealing Motions Filed in Connection with Replies ISO Dispositive, *Daubert*, and Sanctions Motions | 7 days after filing | February 9, 2026 |

| Motion/Hearing | Current Deadline | Amended Deadline |
|---|---|---|
| Hearing on Motion To Strike Second Supplemental Fink Report* | December 11, 2025 | **Meta Proposal:** February 5, 2026<br><br>**Epidemic Proposal:** February 26, 2026 |
| Hearing on Motion for Sanctions* | January 8, 2026 | |
| Hearing on Meta's *Daubert* Motions to Exclude Expert Testimony of Sharp and Geluso* | January 15, 2026 | |
| Hearing on Dispositive Motions | February 26, 2026 | February 26, 2026 |

*If necessary, with parties reserving all positions.

The Parties have been unable to reach an agreement about the hearing dates for Plaintiff's Motions to Strike the Second Supplemental Fink Report and for Sanctions and Defendant's Motions to Exclude Expert Testimony of Paul Geluso and Bradley T. Sharp. The Parties' respective proposals are reflected in the chart above. It is Plaintiff's position that the Hearings on the Motion for Sanctions and Meta's *Daubert* Motion to Exclude Prof. Geluso, at the very least, should be combined with the Hearing on the parties' Summary Judgment Motions, as many of the issues and arguments presented on those motions overlap with the issues and arguments presented on summary judgment. Defendant disagrees, and its position is that staged hearings on non-dispositive and dispositive motions will allow the Court and the parties to divide their time most efficiently, and that a combined hearing is unnecessary as each motion stands on its own (especially in light of the fact that all non-dispositive motions were originally noticed for hearing dates well in advance of the dispositive motions hearing date). The Parties defer to the Court's preference on whether to consider the motions in separate hearings or all together on February 26.

**IT IS SO STIPULATED.**

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

STIPULATION AND [PROPOSED] ORDER
AMENDING CASE SCHEDULE
CASE NO. 3:22-CV-04223-JSC

1  Respectfully submitted,

2  Dated: November 25, 2025        **PRYOR CASHMAN LLP**

3                                  _/s/ M. Mona Simonian_
4                                  Ilene S. Farkas
                                    M. Mona Simonian
5                                  Marion R. Harris
                                    Brian M. Maida
6
7                                  _Attorneys for Plaintiff Epidemic Sound, AB_

8  Dated: November 25, 2025        **LATHAM & WATKINS LLP**

9                                  _/s/ Joseph R. Wetzel_
                                    Joseph R. Wetzel
10                                 Allison L. Stillman
                                    Brittany N. Lovejoy
11                                 Sarang V. Damle
                                    Brent T.F. Murphy
12

13                                 _Attorneys for Defendant Meta Platforms, Inc._

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

STIPULATION AND [PROPOSED] ORDER
AMENDING CASE SCHEDULE
CASE NO. 3:22-CV-04223-JSC

# [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATED DATES, IT IS SO ORDERED.**

As to the disputed dates, the hearings are hereby scheduled as follows:

| Hearing | Date |
| --- | --- |
| Hearing on Motion to Strike Second Supplemental Fink Report | February 26, 2026 at 10:00 a.m. in SF. |
| Hearing on Motion for Sanctions | February 26, 2026 at 10:00 a.m. in SF. |
| Hearing on Meta's *Daubert* Motions to Exclude Expert Testimony of Sharp and Geluso | February 26, 2026 at 10:00 a.m. in SF. |

**SO ORDERED.**

Dated:  November 25, 2025

_____
HON. JACQUELINE SCOTT CORLEY
U.S. District Court Judge

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

STIPULATION AND [~~PROPOSED~~] ORDER
AMENDING CASE SCHEDULE
CASE NO. 3:22-CV-04223-JSC